**United States Court of Appeals**
**FOR THE EIGHTH CIRCUIT**

———————

No. 97-1620EA

———————

|  |  |  |
|---|---|---|
| United States of America, | * |  |
|  | * |  |
| Appellee, | * | Appeal from the United States |
|  | * | District Court for the Eastern |
| v. | * | District of Arkansas. |
|  | * |  |
| LaFoshen McAdoo, | * | [UNPUBLISHED] |
|  | * |  |
| Appellant. | * |  |

———————

Submitted: June 5, 1997
Filed: June 19, 1997

———————

Before McMILLIAN, FAGG, and LOKEN, Circuit Judges.

———————

PER CURIAM.

In appealing his guidelines sentence, LaFoshen McAdoo's attack on the constitutionality of the crack cocaine sentencing ratio borders on the frivolous. We have consistently rejected this argument. See United States v. Johnson, 108 F.3d 919, 922 (8th Cir. 1997). We affirm McAdoo's sentence.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.